IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| THOMAS E. PEREZ,<br>UNITED STATES SECRETARY OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>BAT MASONRY COMPANY, INC., et al<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 6:15-CV-00028-EKD<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM IN SUPPORT OF
## MOTION FOR WITHDRAWAL OF MARK S. THOMAS
## AS COUNSEL FOR DEFENDANT SHELDRICK, MCGHEE & KOHLER

The law firm of Williams Mullen, P.C. (hereinafter "Williams Mullen"), as counsel of record for Defendant Sheldrick, McGhee & Kohler ("SMK") submits this memorandum in support of its motion for leave to withdraw Mark S. Thomas as a counsel of record for SMK.

Mark S. Thomas moved for admission *pro hac vice* as counsel for SMK on December 9, 2015 (ECF No. 23) in the instant matter. The Court granted Mr. Thomas' motion on December 11, 2015 (ECF No. 26). Mr. Thomas passed away suddenly on March 14, 2016. On March 23, 2016, Laura D. Windsor, the undersigned, filed a Notice of Substitution and Appearance of Counsel, to replace Mr. Thomas as counsel of record for SMK (ECF No. 50).

Williams Mullen is therefore now seeking relief from the Court pursuant to W.D. Va. Gen. R. 6(i) to have Mr. Thomas withdrawn as a counsel of record for SMK and terminated from this case. Williams Mullen, by and through Laura D. Windsor and Daniel P. Watkins, will continue to represent SMK's interests in this matter. As such, no prejudice will befall any party as a result of the withdrawal of Mark S. Thomas as a counsel of record for SMK. Counsel for the other parties who have entered appearances in this litigation consent to this Motion.

WHEREFORE, for these reasons, Williams Mullen respectfully requests that the Court enter an order permitting the withdrawal of Mark S. Thomas as a counsel of record for Defendant Sheldrick, McGhee & Kohler.

    Respectfully submitted,
    WILLIAMS MULLEN, P.C.

    By:    /s *Laura D. Windsor*
          Laura D. Windsor
          Virginia State Bar No. 70354
          Counsel for Defendant SMK
          WILLIAMS MULLEN, P.C.
          P.O. Box 1320
          Richmond, Virginia 23218-1320
          Telephone: (804) 420-6466
          Facsimile: (804) 420-6507
          lwindsor@williamsmullen.com

Daniel P. Watkins
Virginia State Bar No. 84592
WILLIAMS MULLEN, P.C.
P.O. Box 1320
Richmond, Virginia 23218-1320
Telephone:  (804) 420-6045
Facsimile:  (804) 420-6507
Telephone: (757) 499-8800
Facsimile: (757) 473-0395
dwatkins@williamsmullen.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of April, 2016, I electronically filed the foregoing Memorandum in Support of Motion for Withdrawal of Counsel with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Geoffrey Forney, Trial Attorney<br>United States Department of Labor<br>Office of the Solicitor<br>Suite 630 East, The Curtis Center<br>170 South Independence Mall West<br>Philadelphia, PA 19106-3306<br>Forney.geoffrey@dol.gov<br>Attorney for the Plaintiff, Thomas E. Perez, United States Secretary of Labor | John W. Francisco<br>Edmunds & Williams, P.C.<br>828 Main Street, 19th Floor<br>Lynchburg, Virginia 24504<br>jfrancisco@ewlaw.com<br>Attorney for the Defendants,<br>Melvin Hinton and Gregory Booth |
| G. Edgar Dawson, III<br>Petty, Livingston, Dawson & Richards, P.C.<br>P. O. Box 1080<br>Lynchburg, Virginia 24505<br>edawson@pldrlaw.com<br>Attorney for the Defendant,<br>M. H. Masonry & Associates, Inc. | Lars C. Golumbic<br>Groom Law Group, Chartered<br>1701 Pennsylvania Ave, N.W.<br>Washington, D.C. 20006<br>lgolumbic@groom.com<br>Attorney for the Defendant,<br>M. H. Masonry & Associates, Inc. |
| Andrew S. Goldstein<br>Magee Goldstein Lasky & Sayers, P.C.<br>P. O. Box 404<br>Roanoke, Virginia 24003-0404<br>agoldstein@mglspc.com<br>Attorney for the Defendant, Wayne Booth | Joshua F. P. Long<br>Woods Rogers, PLC<br>10 South Jefferson Street, Suite 1400<br>Roanoke, Virginia 24011<br>jlong@woodsrogers.com<br>Attorney for the Defendant, John Rosser |
| Killis Thurman Howard<br>Killis T. Howard, P.C.<br>712 Court Street<br>Lynchburg, Virginia 24505<br>killisthoward@gmail.com<br>Attorney for the Defendant James Joyner | Kymric Y. Mahnke<br>Nelson Mullins Riley & Scarborough LLP<br>104 South Main Street, Suite 900<br>Greenville, SC 29601<br>kym.mahnke@nelsonmullins.com<br>Attorney for the Defendant James Joyner |

I FURTHER CERTIFY that on this 25th day of April, 2016, a true and correct copy of the foregoing Memorandum in Support of Motion for Withdrawal of Counsel was served, along with a copy of the Notice of Electronic Filing (NEF) on the following:

| | |
|---|---|
| BAT Masonry Company, Inc. Employee Stock Ownership Plan & Trust<br>c/o Gregory Booth<br>BAT Masonry Company, Inc.<br>22473 Timberlake Road<br>Lynchburg, VA  24502 | BAT Masonry Company, Inc.<br>c/o Gregory Booth<br>22473 Timberlake Road<br>Lynchburg, VA  24502 |
| Wayne Booth Revocable Trust<br>c/o Wayne Booth<br>21886 Timberlake Road<br>Lynchburg, VA 24502 | Wayne B. Booth Investments, LLC<br>c/o Wayne Booth<br>21886 Timberlake Road<br>Lynchburg, VA 24502 |
| BST Enterprises, LLC<br>c/o Wayne B. Booth<br>21886 Timberlake Road<br>Lynchburg, VA 24502 | |

By:  /s *Laura D. Windsor*
Laura D. Windsor
Virginia State Bar No. 70354
Counsel for Defendant
WILLIAMS MULLEN, P.C.
P.O. Box 1320
Richmond, Virginia 23218-1320
Telephone: (804) 420-6466
Facsimile: (804) 420-6507
lwindsor@williamsmullen.com